# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATTHEW SCOTT WHITE,

    Plaintiff,

v.

RENE BAKER et al.,

    Defendants.

3:15-cv-00262-RCJ-VPC

**ORDER**

## I. DISCUSSION

Plaintiff has filed a motion for reconsideration on this Court's screening order. (ECF No. 14, 15, 23). A motion to reconsider must set forth "some valid reason why the court should reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F.Supp.2d 1180, 1183 (D. Nev. 2003). Reconsideration is appropriate if this Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. Acands, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "A motion for reconsideration is not an avenue to re-litigate the same issues and arguments upon which the court already has ruled." *Brown v. Kinross Gold, U.S.A.*, 378 F.Supp.2d 1280, 1288 (D. Nev. 2005).

The Court has reviewed its screening order and follow up order (ECF No. 14, 15) and finds that the decision is not manifestly unjust and that no clear error has been committed. The Court denies the motion for reconsideration (ECF No. 23).

///

///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for reconsideration (ECF No. 23) is denied.

DATED: This 6th day of December, 2016.

_____
United States District Judge