# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW S. WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>RENEE BAKER, *et al.,*<br><br>    Defendants. | Case No.: 3:15-CV-00262-RCJ-VPC<br><br>**ORDER** |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Special Local Rules of Practice 2-2, "The plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court on or before **AUGUST 27, 2018.**

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case with prejudice.

IT IS SO ORDERED this 26th day of July, 2018.

 

_____
ROBERT C. JONES
District Judge